UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CORY O'NEAL BREWER, | Case No. 3:21-cv-00224-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondent. | |

Cory O'Neal Brewer has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a handwritten *pro se* document (ECF No. 1-1) that appears to seek his release from the custody of the Nevada Department of Corrections, which would implicate his rights under 28 U.S.C. § 2254 federal habeas corpus. However, Brewer has failed to submit a fully completed application to proceed *in forma pauperis*, including the completed financial certificate and inmate account statements, or pay the filing fee. Accordingly, this matter has not been properly commenced and is subject to dismissal on that basis. *See* 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

Moreover, the submission is not on the Court's required form and does not substantially follow the form. *See* LSR 3-1. It also seems to argue that the Nevada Revised Statutes are not in force or are unconstitutional. Brewer's claims are vague and frivolous. In any event, this action is dismissed without prejudice as improperly commenced.

///
///
///
///
///

It is therefore ordered that this action is dismissed without prejudice as set forth in this order.

The Clerk of Court is therefore directed to close this case.

DATED THIS 18th Day of August 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE